Argued and submitted August 31, reversed and remanded for new trial
September 29, 2004

STATE OF OREGON,
*Respondent,*

*v.*

ROGER WILLIAM SHIPLEY,
*Appellant.*

CFH010173; A119233

98 P3d 407

Louis R. Miles, Deputy Public Defender, Office of Public Defense Services, argued the cause and filed the brief for appellant.

Janet Klapstein, Assistant Attorney General, argued the cause for respondent. On the brief were Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Thomas D. Cobb, Assistant Attorney General.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals a judgment of conviction for hindering prosecution. He advances two assignments of error: (1) the trial court erred in denying his motion for judgment of acquittal and (2) the trial court erred in denying him all the peremptory challenges that the law permits him to exercise at jury *voir dire*. We reject the first assignment without discussion. The state concedes the second assignment. We conclude that the concession is correct. ORS 136.230; *State Highway Commission v. Walker et ux*, 232 Or 478, 480-85, 376 P2d 96 (1962). The error requires reversal. *Walker*, 232 Or at 485 (denial of a party's right to exercise peremptory challenge is "deemed prejudicial automatically").

Reversed and remanded for new trial.